## A90A1299. YARBRAY v. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY.

(416 SE2d 578)

McMurray, Presiding Judge.

In *Yarbray v. Southern Bell Tel. &c. Co.*, 261 Ga. 703 (409 SE2d 835), the Supreme Court affirmed in part and reversed in part the judgment of this Court in *Yarbray v. Southern Bell Tel. &c. Co.*, 197 Ga. App. 846 (399 SE2d 718). Accordingly, our prior judgment is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed in part and reversed in part. Sognier, C. J., and Carley, P. J., concur.*

DECIDED FEBRUARY 4, 1992.

*Ford & Haley, James L. Ford*, for appellant.
*Jones, Day, Reavis & Pogue, John F. Wymer III, Deborah A. Sudbury*, for appellee.